UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: Case No. A08-00144-DMD<br><br>EDWARD A. BURKE, JR. and LINDA S. BURKE,<br><br>　　　　Debtors. | Chapter 13<br><br>**Filed On 7/29/08** |
| EDWARD A. BURKE, JR. and LINDA S. BURKE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL G. CLUFF and CAL-WESTERN RECONVEYANCE CORP.,<br><br>　　　　Defendants,<br><br>MICHAEL G. CLUFF,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>CAL-WESTERN RECONVEYANCE CORP.,<br><br>　　　　Cross-Defendant. | Adversary No. A08-90015-DMD |

**JUDGMENT DISMISSING ADVERSARY PROCEEDING**

In accordance with this court's Order Dismissing Adversary Proceeding dated July 29, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The above-entitled adversary proceeding is dismissed, without prejudice, each party to bear its own costs and attorney fees.

DATED: July 29, 2008.

2

BY THE COURT

<u>/s/ Donald MacDonald IV</u>
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:   J. Mitchell Joyner, Esq. (for plaintiffs)
G. Spraker, Esq. (for defendant Cluff)
S. Lee, Esq. (for Cal-Western)
Adv. Case Closing Clerk/Case Manager
P. Gingras, Adv. Case Mgr. - served 7/29/08 - pg.
7/29/08